The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA CAMPOS-ACOSTA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RED ROBIN INTERNATIONAL, INC., a foreign corporation,<br><br>Defendant. | Case No. 2:18-cv-01805-TSZ<br><br>**ORDER REGARDING DEFENDANT RED ROBIN INTERNATIONAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO AMEND ANSWER** |

THIS MATTER having come before the Court on Defendant Red Robin International, Inc.'s Unopposed Motion for Leave to Amend Answer (the "Motion"), docket no. 16, and the Court having considered the Motion, it is hereby

ORDERED that the Motion is GRANTED.

Pursuant to LCR 15, Defendant Red Robin International, Inc. must file and serve its Amended Answer on all parties within fourteen (14) days of the entry of this Order.

DATED this 2nd day of August, 2019.

_____
Thomas S. Zilly
United States District Judge

ORDER REGARDING
DEFENDANT'S UNOPPOSED MOTION
FOR LEAVE TO AMEND ANSWER
(CASE NO. 2:18-CV-01805-TSZ) - 1



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

*Presented by*:

*/s/ Joel A. Palmer*
Joel A. Palmer, Admitted *Pro Hac Vice*
POLSINELLI PC
1401 Lawrence St., Suite 2300
Denver, CO 80202
Telephone: (303) 572-9300
Facsimile: (303) 572-7883
Email: jpalmer@polsinelli.com

*/s/ Jessica Andrade*
Jessica Andrade, WSBA No. 39297
POLSINELLI PC
1000 Second Avenue, Suite 3500
Seattle, WA 98104
Telephone: (206) 393-5400
Facsimile: (206) 393-5401
Email: jessica.andrade@polsinelli.com

*Attorneys for Defendant, Red Robin International, Inc.*

ORDER REGARDING
DEFENDANT'S UNOPPOSED MOTION FOR
LEAVE TO AMEND ANSWER
(CASE NO. 2:18-CV-01805-TSZ) - 2



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400