UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIA CAMPOS-ACOSTA,

    Plaintiff,

v.

RED ROBIN INTERNATIONAL, INC.,

    Defendant.

C18-1805 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion for continuance, docket no. 23, is RENOTED to October 18, 2019. Any response shall be filed by 9:00 a.m. on October 15, 2019, and any reply shall be due on the new noting date.

(2) Defendant's motion for summary judgment, docket no. 21, is RENOTED to November 1, 2019, to permit the Court to rule on plaintiff's motion for continuance before plaintiff's response to defendant's motion for summary judgment is due.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of October, 2019.

                                         William M. McCool
                                       Clerk

                                       s/Karen Dews
                                       Deputy Clerk

MINUTE ORDER - 1