UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIA CAMPOS-ACOSTA,

Plaintiff,

v.

RED ROBIN INTERNATIONAL INC,

Defendant.

C18-1805 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Plaintiff's motion for continuance, docket no. 23, is GRANTED as follows. Plaintiff seeks a continuance of the trial and related deadlines in this matter for the purpose of moving to reopen her bankruptcy case and amend her schedules to identify the current tort action against defendant Red Robin International, Inc. ("Red Robin"). Red Robin has opposed any continuance, asserting that plaintiff's proposed motion to reopen her bankruptcy case is futile. Red Robin, however, would not have standing to object to the reopening of plaintiff's bankruptcy case, *see* *In re D'Antignac*, 2013 WL 1084214 at *1-*4 (Bankr. S.D. Ga. Feb. 19, 2013), and the Court declines to consider Red Robin's arguments for why a motion to reopen plaintiff's bankruptcy case should or would be denied. The decision whether to reopen is within the discretion of the Bankruptcy Court. *See* 11 U.S.C. § 350(b); *see also* *HomEq Servicing Corp. v. Hauf*, 2007 WL 196857 (M.D. Ga. Jan. 23, 2007); *In re James*, 487 B.R. 587 (Bankr. N.D. Ga. 2013); *In re Dunning Bros. Co.*, 410 B.R. 877 (Bankr. E.D. Cal. 2009). The Court is persuaded that a stay of this matter is warranted to permit the Bankruptcy Court to exercise its discretion.

(2)     This case is hereby STAYED pending further order of the Court. Defendant's motion for summary judgment, docket no. 21, is STRICKEN without prejudice to refiling, if appropriate, after the stay is lifted. The parties are DIRECTED to file a Joint Status Report within fourteen (14) days after the Bankruptcy Court rules on any motion to reopen **or by December 31, 2019**, whichever occurs earlier.

MINUTE ORDER - 1

1    (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

2

Dated this 23rd day of October, 2019.

3

4                                         William M. McCool
                                          Clerk

5
                                          s/Karen Dews
6                                         Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23