UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIA CAMPOS-ACOSTA,

    Plaintiff,

v.

RED ROBIN INTERNATIONAL, INC.,

    Defendant.

C18-1805 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 33, indicating that a hearing has been scheduled for January 15, 2020, before the Bankruptcy Court, on plaintiff's motion to reopen, the Court DIRECTS the parties to file another Joint Status Report within fourteen (14) days after the Bankruptcy Court rules on plaintiff's motion to reopen **or by March 16, 2020**, whichever occurs earlier.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of January, 2020.

                        William M. McCool
                        Clerk

                        s/Karen Dews
                        Deputy Clerk

MINUTE ORDER - 1