UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIA CAMPOS-ACOSTA,

        Plaintiff,

   v.

RED ROBIN INTERNATIONAL INC,

        Defendant.

C18-1805 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Having reviewed the parties' Joint Status Report, docket no. 46, the Court SETS the following dates and deadlines:

| **JURY TRIAL DATE (4-5 days)** | **July 26, 2021** |
| --- | --- |
| Disclosure of expert testimony | January 4, 2021 |
| Discovery motions filing deadline | February 25, 2021 |
| Discovery completion deadline | April 5, 2021 |
| Dispositive motions filing deadline[1] | April 29, 2021 |

---

[1] Consistent with Local Civil Rule 7(e)(3), if defendant wishes to file another summary judgment motion, it shall first seek leave of the Court and show cause why such subsequent motion could not have been made at the time defendant filed its earlier dispositive motion, docket no. 38.

MINUTE ORDER - 1

| | |
|---|---|
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | May 6, 2021 |
| Motions in limine filing deadline | June 24, 2021 |
| Agreed pretrial order[2] due | July 8, 2021 |
| Trial briefs, proposed voir dire questions, and jury instructions due | July 8, 2021 |
| Pretrial conference | July 16, 2021 at 11:00 a.m. |

(2)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of July, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

---

[2] For further details concerning the Agreed Pretrial Order and the exhibit list contained therein, as well as the method for numbering exhibits, refer to the Minute Order Setting Trial and Related Dates entered on March 1, 2019, docket no. 11.

MINUTE ORDER - 2